**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENESIS ESTEFANIA VILLACIS GARCES,<br>Petitioner,<br>v.<br>WARDEN ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-cv-04146-JGB-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is granted.

Dated: August 21, 2026

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE